IN THE UNITED STATES DISTRICT COURT FILED BY _lw_ D.C.
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION    05 DEC 23 AM 11: 07

THOMAS M. GOULD
CLERK U.S. DISTRICT COURT

| | | |
|---|---|---|
| SANDRA WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 05-1382-T/An |
| | ) | |
| TOMMY LEWIS, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

---

### ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS*

---

Plaintiff Sandra Williams has filed a complaint along with an application to proceed *in forma pauperis*. In reliance upon the information contained in that application, the motion is hereby GRANTED. The Clerk is directed to file the complaint without prepayment of costs or giving security therefor.

IT IS SO ORDERED.


*James D. Todd*

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

*23 December 2005*

DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 12/28/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 1:05-CV-01382 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

Michael L. Weinman
WEINMAN & ASSOCIATES
114 S. Liberty St.
Jackson, TN 38302

Honorable James Todd
US DISTRICT COURT